| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Michael Paul Enterprises LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1826456** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **c/o Aspen Management Group LLC**<br>**3140 East Tremont Avenue**<br>**2nd Floor**<br>**Bronx, NY 10461** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bronx** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Michael Paul Enterprises LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | Michael P. D'Alessio | Relationship | **Managing Member** |
|---|---|---|---|---|
| | District | Southern District of New York | When 4/17/18 | Case number, if known **18-22552** |

Debtor  **Michael Paul Enterprises LLC**                          Case number (*if known*)
        Name

**11.  Why is the case filed in** *this district?*     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

**████  Statistical and administrative information**

**13.  Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Michael Paul Enterprises LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2018**
MM / DD / YYYY

**X /s/ Michael P. D'Alessio**                **Michael P. D'Alessio**
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X /s/ Sanford P. Rosen**                Date    **May 30, 2018**
Signature of attorney for debtor                MM / DD / YYYY

**Sanford P. Rosen (SR-4966)**
Printed name

**Rosen & Associates, P.C.**
Firm name

**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 223-1100**    Email address    **srosen@rosenpc.com**

**(SR-4966) NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Michael Paul Enterprises LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2018**        X **/s/ Michael P. D'Alessio**
                                        Signature of individual signing on behalf of debtor

                                        **Michael P. D'Alessio**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Michael Paul Enterprises LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:    Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $      4,511,463.21

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $      4,511,463.21

**Part 2:    Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      0.00

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      10,843,143.43

4.    **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b    $      10,843,143.43

**Fill in this information to identify the case:**

Debtor name   **Michael Paul Enterprises LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Signature Bank** | **Checking** | **8216** | **$2,593.00** |
| 3.2. | **The Westchester Bank** | **Checking** | **2633** | **$0.00** |
| 3.3. | **The Westchester Bank** | **Checking** | **2666** | **$0.00** |
| 3.4. | **Greater Hudson Bank** | **Checking** | **2708** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                      **$2,593.00**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor    **Michael Paul Enterprises LLC**                                    Case number *(If known)* _____
Name

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **12 Water Street Associates LLC** _____    $4,336.67

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.                            $4,336.67

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:        **855,243.92**   -        **0.00**   = ....    $855,243.92
                                     face amount                doubtful or uncollectible accounts

    11b. Over 90 days old:          **3,649,289.62**   -        **0.00**   = ....    $3,649,289.62
                                     face amount                doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.         $4,504,533.54

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Michael Paul Enterprises LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2015 GMC Savana**<br>**1GTZ7TCG6F1113466** | **$0.00** | | **Unknown** |
|---|---|---|---|---|

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| **$0.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

       Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |
|---|
| Current value of<br>debtor's interest |

71.    **Notes receivable**

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Michael Paul Enterprises LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Grotto Plumbing** | | **$0.00** |
|---|---|---|
| **Nature of claim** | **Breach of contract** | |
| **Amount requested** | **$2,000,000.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | **$0.00** |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Michael Paul Enterprises LLC**                                     Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,593.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,336.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,504,533.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,511,463.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,511,463.21 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Michael Paul Enterprises LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **Michael Paul Enterprises LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,641.73
| **Adam Leitman Bailey PC** | ☐ Contingent |
| **One Battery Park** | ☐ Unliquidated |
| **New York, NY 10271** | ☐ Disputed |
| Date(s) debt was incurred  9/1/2017, 7/1/2017 | Basis for the claim:  Legal fees |
| Last 4 digits of account number  3002,003,004,d005 | Is the claim subject to offset? ■ No  ☐ Yes |

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,000.00
| **AirSeal Insulation Systems** | ☐ Contingent |
| **1961 Utica Avenue** | ☐ Unliquidated |
| **Brooklyn, NY 11234** | ☐ Disputed |
| Date(s) debt was incurred  2/21/2017 | Basis for the claim:  Trade debt - 323 East 53rd Associates LLC |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,233.09
| **All Star Security & Communications Inc.** | ☐ Contingent |
| **P.O. Box 494** | ☐ Unliquidated |
| **Fishkill, NY 12524** | ☐ Disputed |
| Date(s) debt was incurred  3/23/2017 | Basis for the claim:  Trade debt - 323 East 53rd Associates LLC |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00
| **Allstate Sprinkler Corp.** | ☐ Contingent |
| **1869 White Plains Rd.** | ☐ Unliquidated |
| **Bronx, NY 10462** | ☐ Disputed |
| Date(s) debt was incurred  7/27/2016 | Basis for the claim:  Trade debt - 323 East 53rd Associates LLC |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5**

**Nonpriority creditor's name and mailing address**

**Allstate Sprinkler Corp.**
**1869 White Plains Rd.**
**Bronx, NY 10462**

Date(s) debt was incurred  **10/2/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 163-165 East 62nd Street Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Ally**
**P.O. Box 9001948**
**Louisville, KY 40290**

Date(s) debt was incurred  **6/29/15**

Last 4 digits of account number  **5845**

As of the petition filing date, the claim is: *Check all that apply.*  **$11,996.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Angelo Spray Foam Corp.**
**22 Sherman Avenue**
**Suite 4L**
**New York, NY 10040**

Date(s) debt was incurred  **12/12/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 17 Circle Rd - MBI LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Bank of America**
**P.O. Box 982238**
**El Paso, TX 79998**

Date(s) debt was incurred  _

Last 4 digits of account number  **4839**

As of the petition filing date, the claim is: *Check all that apply.*  **$30,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases and cash advances**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Blackman Plumbing**
**PO  Box 9400**
**Uniondale, NY 11555-9400**

Date(s) debt was incurred  **11/8/2017**

Last 4 digits of account number  **5343**

As of the petition filing date, the claim is: *Check all that apply.*  **$18,789.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 323 East 53rd Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Blue Tarp Financial Inc.**
**PO Box 105525**
**Atlanta, GA 30348**

Date(s) debt was incurred  **1/29/2018**

Last 4 digits of account number  **1329**

As of the petition filing date, the claim is: *Check all that apply.*  **$3,536.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Boston Road Equipment Rental**
**3211 Boston Post Road**
**Bronx, NY 10469**

Date(s) debt was incurred  **11/6/2017**

Last 4 digits of account number  **1800**

As of the petition filing date, the claim is: *Check all that apply.*  **$724.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Michael Paul Enterprises LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Braga Hardwood Flooring Inc.**
**89 Trenton Avenue**
**White Plains, NY 10606**

Date(s) debt was incurred  **5/8/2017**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*                **$7,768.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 336 East 54 Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Bridgehampton National Bank**
**2200 Montauk Highway**
**Bridgehampton, NY 11932**

Date(s) debt was incurred  ___

Last 4 digits of account number  **6168**

As of the petition filing date, the claim is: *Check all that apply.*                **$3,234,975.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of credit**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Cancos Tile and Stone**
**1085 Portion Road**
**Farmingville, NY 11738**

Date(s) debt was incurred  **6/1/2017**

Last 4 digits of account number  **4956**

As of the petition filing date, the claim is: *Check all that apply.*                **$34,237.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 336 East 54th Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Cancos Tile and Stone**
**1085 Portion Road**
**Farmingville, NY 11738**

Date(s) debt was incurred  **10/18/2018**

Last 4 digits of account number  **64th**

As of the petition filing date, the claim is: *Check all that apply.*                **$19,981.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 184 East 64th Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
**Capital Industries Corp.**
**555 Saw Mill River Rd.**
**Yonkers, NY 10701**

Date(s) debt was incurred  **2/20/2018**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*                **$4,553.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**
**Carefree Air & Water Management Inc.**
**199 Merrick Rd.**
**Lynbrook, NY 11563**

Date(s) debt was incurred  **1/27/2017**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*                **$160,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 323 East 53rd Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
**Carefree Air & Water Management Inc.**
**199 Merrick Rd.**
**Lynbrook, NY 11563**

Date(s) debt was incurred  **8/11/2017**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*                **$31,201.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 184 East 64th Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Michael Paul Enterprises LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
**Carefree Air & Water Management Inc.**
199 Merrick Rd.
Lynbrook, NY 11563

Date(s) debt was incurred  **8/11/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$33,636.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 336 East 54th Street Associates LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
**Case's Creek**
P.O. box 56
Jamesport, NY 11947

Date(s) debt was incurred  **9/19/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$121,295.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt -  41-45 MPR Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
**Celtic Services NYC Inc.**
156 Mt. Vernon Avenue
Suite 210
Mount Vernon, NY 10550

Date(s) debt was incurred  **9/10/2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$150,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 163-165 East 62nd Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address
**City Ironsmith Corp.**
131-14 Sanford Avenue
Flushing, NY 11355

Date(s) debt was incurred  **10/17/2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$79,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 323 East 53rd Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address
**City Ironsmith Corp.**
131-14 Sanford Avenue
Flushing, NY 11355

Date(s) debt was incurred  **5/21/2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$103,612.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 336 East 54th Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
**Consolidated Scaffold & Bridge Corp.**
3969 Merritt Avenue
Bronx, NY 10466

Date(s) debt was incurred  **1/29/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$46,163.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt -  323 East 53rd Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
**Cuddy & Feder LLP**
445 Hamilton Avenue
White Plains, NY 10601

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$32,781.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Michael Paul Enterprises LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
**Cuddy & Feder LLP**
**445 Hamilton Avenue**
**White Plains, NY 10601**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                          **$12,722.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees - Katsura Consulting Group LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
**Cuddy & Feder LLP**
**445 Hamilton Avenue**
**White Plains, NY 10601**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                          **$6,060.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees - Beechwood 5 Associates LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Cuddy & Feder LLP**
**445 Hamilton Avenue**
**White Plains, NY 10601**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                          **$22,137.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees - 15 Circle Rd - MBI LLC & 17 Circle Rd - MBI LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
**Daimler Construction LLC**
**155 Fox Hill Drive**
**Hackettstown, NJ 07840**

Date(s) debt was incurred  __8/11/2017__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                          **$30,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 17 Circle  Rd - MBI LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**Daimler Construction LLC**
**155 Fox Hill Drive**
**Hackettstown, NJ 07840**

Date(s) debt was incurred  __1/29/2018__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                          **$10,880.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 184 East 64th Street Associates LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
**Daimler Construction LLC**
**155 Fox Hill Drive**
**Hackettstown, NJ 07840**

Date(s) debt was incurred  __1/29/2018__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                          **$8,860.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt -  323 East 53rd Associates LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
**Danisi Energy Company**
**3205 Route 112**
**Medford, NY 11763**

Date(s) debt was incurred  __12/23/2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                          **$13,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt -  39 Middle Pond Road Associates LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Michael Paul Enterprises LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,430.87** |
|---|---|---|---|

**Decorama Building & Plumbing Supply**
**1233 Metropolitan Avenue**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2017**

Last 4 digits of account number  **1270**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$898.87** |
|---|---|---|---|

**Despatch of Southampton M & S LLC**
**370 County Road 39**
**Suite 4**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/2018**

Last 4 digits of account number  **4701**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,582.92** |
|---|---|---|---|

**Dominick R. Pilla Associates PC**
**23 Depew Avenue**
**Nyack, NY 10960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2015**

Last 4 digits of account number  _

Basis for the claim:  **Trade debt - 163-165 East 62nd Street  Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,893.86** |
|---|---|---|---|

**Dominick R. Pilla Associates PC**
**23 Depew Avenue**
**Nyack, NY 10960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  _

Basis for the claim:  **Trade debt - 3 Sandpiper Court LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,355.55** |
|---|---|---|---|

**Dominick R. Pilla Associates PC**
**23 Depew Avenue**
**Nyack, NY 10960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2018**

Last 4 digits of account number  _

Basis for the claim:  **Trade debt - 323 East 53rd Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,000.00** |
|---|---|---|---|

**DWS Interiors Inc.**
**PO Box 2**
**Water Mill, NY 11976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/19/2018**

Last 4 digits of account number  _

Basis for the claim:  **Trade debt - 323 East 53rd Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,700.00** |
|---|---|---|---|

**DWS Interiors Inc.**
**PO Box 2**
**Water Mill, NY 11976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/13/2018**

Last 4 digits of account number  _

Basis for the claim:  **Trade debt - 17 Circle Rd - MBI LLC**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Michael Paul Enterprises LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**East End Courtry Kitchens Cabinets Inc.**
121 Edwards Avenue
Calverton, NY 11933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/27/2017__

Last 4 digits of account number __

Basis for the claim:  __Trade debt - 336 East 54th Street Associates LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |
|---|---|---|---|

**Eastern Metal Works Inc.**
333 Woodmont Rd.
Milford, CT 06460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/3/2017__

Last 4 digits of account number __

Basis for the claim:  __Trade debt - 17 Circle Rd - MBI LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Edge & Corner Tile & Marble**
362 Decatur Avenue
Shirley, NY 11967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt -  39 Middle Pond Road Associates LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,901.35** |
|---|---|---|---|

**Edward M. Shapiro, Attonney at Law**
255 Broadway
Suite 1515
New York, NY 10007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Legal fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$825.00** |
|---|---|---|---|

**Erwin & Bielinski, PLLC**
37 West 39th St
Suite 1201
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt - 323 East 53rd Associates LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,261.76** |
|---|---|---|---|

**Feldman Lumber**
1281 Metropolitan Avenue
Brooklyn, NY 11237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  __0160__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |
|---|---|---|---|

**Fort Cica**
720 East 141st Street
Bronx, NY 10454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt - 184 East 64th Street Associates LLC__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Michael Paul Enterprises LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Fort Cica**
**720 East 141st Street**
**Bronx, NY 10454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt - 336 East 54th Street Associates LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00**

**Gabor M. Szakal Consulting Engineers, PC**
**54 West 21st St.**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt - 163-165 East 62nd Street Associates LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,900.00**

**Gabriel E. Senor, P.C.**
**90 N Central Avenue**
**Suite 104**
**Hartsdale, NY 10530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,484.53**

**GC Warehouse LLC**
**515 S 4th Avenue**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **312**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00**

**Geoland Corp.**
**1317 Park Avenue**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/21/2017**

Basis for the claim: **Trade debt - 163-165 East 62nd Street Associates LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,633.36**

**GM Finanical Leasing**
**PO Box 100**
**Buffalo, NY 14231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/8/2016; 1/29/2016; 4/4/2016**

Basis for the claim: **Auto Lease**

Last 4 digits of account number **7573**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,795.16**

**GM Finanical Leasing**
**PO Box 100**
**Buffalo, NY 14231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/29/2016**

Basis for the claim: **Auto Lease**

Last 4 digits of account number **2222**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Michael Paul Enterprises LLC**                                    Case number *(if known)* _____
        Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,868.48 |
|---|---|---|---|

**GM Finanical Leasing**
**PO Box 100**
**Buffalo, NY 14231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2016**

Basis for the claim:  **Auto Lease**

Last 4 digits of account number  **5430**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420,000.00 |
|---|---|---|---|

**Golenbock, Eiseman, Assor**
 **Bell & Peskoe**
**711 Third Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Legal fees - Michael D'Alessio**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250,000.00 |
|---|---|---|---|

**Greater Hudson Bank**
**715 E Route 304**
**Nanuet, NY 10954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Line of credit**

Last 4 digits of account number  **2296**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,474.37 |
|---|---|---|---|

**Hilti Inc.**
**P.O. Box 11870**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6413**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,525.00 |
|---|---|---|---|

**Infiniti Financial Services**
**PO Box 740596**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/18/2016**

Basis for the claim:  **Auto Lease**

Last 4 digits of account number  **3115**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,063.12 |
|---|---|---|---|

**Irwin Associates Inc.**
**247 W 37th St.**
**Suite 1204**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,000.00 |
|---|---|---|---|

**J.S.K. Construction Corp.**
**130-26 Atlantic Avenue S.**
**South Richmond Hill, NY 11419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt - 323 East 53rd Associates LLC**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Michael Paul Enterprises LLC**                                    Case number *(if known)* _____
                Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.98 |

**Janovic**
**888 Lexington Avenue**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7298**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |

**Jeffrey T. Butler, P.E. P.C.**
**206 Lincoln St.**
**Riverhead, NY 11901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/13/2018**
Last 4 digits of account number _

Basis for the claim:  **Trade debt - 3 Sandpiper Court LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,602.50 |

**Jeffrey T. Butler, P.E. P.C.**
**206 Lincoln St.**
**Riverhead, NY 11901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/3/2018**
Last 4 digits of account number _

Basis for the claim:  **Trade debt - 41 Middle Pond Road Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,515.00 |

**Jeffrey T. Butler, P.E. P.C.**
**206 Lincoln St.**
**Riverhead, NY 11901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/3/2018**
Last 4 digits of account number _

Basis for the claim:  **Trade debt - 43 Middle Pond Road Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,052.50 |

**Jeffrey T. Butler, P.E. P.C.**
**206 Lincoln St.**
**Riverhead, NY 11901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/3/2018**
Last 4 digits of account number _

Basis for the claim:  **Trade debt - 45 Middle Pond Road Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171,565.79 |

**Jilco Window Corp.**
**135 Mahopac Avenue**
**Granite Springs, NY 10527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0606**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,220.50 |

**Joseph Crocco Architect PC**
**4 MacDonald Avenue**
**Suite 5**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/3/2016**
Last 4 digits of account number _

Basis for the claim:  **Trade debt - 3 Sandpiper Court LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Michael Paul Enterprises LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.68** | Nonpriority creditor's name and mailing address
**Joseph Crocco Architect PC**
**4 MacDonald Avenue**
**Armonk, NY 10504**

Date(s) debt was incurred __10/20/2017__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 41 Middle Pond Road Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$12,283.50**

---

**3.69** | Nonpriority creditor's name and mailing address
**Joseph Crocco Architect PC**
**4 MacDonald Avenue**
**Armonk, NY 10504**

Date(s) debt was incurred __10/20/2017__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 43 Middle Pond Road Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$6,283.50**

---

**3.70** | Nonpriority creditor's name and mailing address
**Joseph Crocco Architect PC**
**4 MacDonald Avenue**
**Armonk, NY 10504**

Date(s) debt was incurred __10/20/2017__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 45 Middle Pond Road Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$6,436.25**

---

**3.71** | Nonpriority creditor's name and mailing address
**Joseph Crocco Architect PC**
**4 MacDonald Avenue**
**Armonk, NY 10504**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - Beechwood 5 Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$6,500.00**

---

**3.72** | Nonpriority creditor's name and mailing address
**Joseph Crocco Architect PC**
**4 MacDonald Avenue**
**Armonk, NY 10504**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 937 Post Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$23,500.00**

---

**3.73** | Nonpriority creditor's name and mailing address
**Leiberts Royal Green**
**228 East Post Road**
**White Plains, NY 10601**

Date(s) debt was incurred __8/11/2017__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - DA1994 - 184 East 64th Street Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$11,570.43**

---

**3.74** | Nonpriority creditor's name and mailing address
**Lippolis Electric Inc.**
**25 Seventh Street**
**Pelham, NY 10803**

Date(s) debt was incurred __8/3/2016__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 336 East 54th Street Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$77,448.00**

---

| Debtor | **Michael Paul Enterprises LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75**

Nonpriority creditor's name and mailing address

**Lippolis Electric Inc.**
**25 Seventh Street**
**Pelham, NY 10803**

Date(s) debt was incurred  **8/24/2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 323 East 53rd Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

**$74,400.00**

---

**3.76**

Nonpriority creditor's name and mailing address

**Lippolis Electric Inc.**
**25 Seventh Street**
**Pelham, NY 10803**

Date(s) debt was incurred  **10/20/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 184 East 64th Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,058.00**

---

**3.77**

Nonpriority creditor's name and mailing address

**Lippolis Electric Inc.**
**25 Seventh Street**
**Pelham, NY 10803**

Date(s) debt was incurred  **10/20/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 227 East 67th Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,637.00**

---

**3.78**

Nonpriority creditor's name and mailing address

**Lippolis Electric Inc.**
**25 Seventh Street**
**Pelham, NY 10803**

Date(s) debt was incurred  **4/3/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 41-45 MPR Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,950.00**

---

**3.79**

Nonpriority creditor's name and mailing address

**Masters Exterminating & Pest Control**
**10 Mineola Avenue**
**Roslyn Heights, NY 11577**

Date(s) debt was incurred  **1/29/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 163-165 East 62nd Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

**$272.18**

---

**3.80**

Nonpriority creditor's name and mailing address

**Mercedes Benz Financial**
**PO Box 5209**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **3/27/2017**

Last 4 digits of account number  **2001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto Lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$32,042.52**

---

**3.81**

Nonpriority creditor's name and mailing address

**Mercedes Benz Financial**
**PO Box 5209**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **7/3/2017**

Last 4 digits of account number  **2001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto Lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,772.00**

---

| Debtor | **Michael Paul Enterprises LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.74 |
|---|---|---|---|

**Mr. John Inc.**
**PO Box 130**
**Keasbey, NJ 08832**

Date(s) debt was incurred  1/3/2018

Last 4 digits of account number  8536

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,525.00 |
|---|---|---|---|

**New Plumbing & Heating Corp.**
**1536 Stillwell Avenue**
**Bronx, NY 10461**

Date(s) debt was incurred  12/16/2015

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt - 184 East 64th Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,250.00 |
|---|---|---|---|

**New Plumbing & Heating Corp.**
**1536 Stillwell Avenue**
**Bronx, NY 10461**

Date(s) debt was incurred  12/16/2015

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt - 323 East 53rd Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,500.00 |
|---|---|---|---|

**New Plumbing & Heating Corp.**
**1536 Stillwell Avenue**
**Bronx, NY 10461**

Date(s) debt was incurred  8/9/2017

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt -  17 Circle Rd - MBI LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,750.00 |
|---|---|---|---|

**NFR/SO**
**1560 Willow Drive**
**East Marion, NY 11939**

Date(s) debt was incurred  11/22/2017

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt - 41-45 MPR Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,630.00 |
|---|---|---|---|

**P.S. Electrical Contracting Corp.**
**628 Waverly Avenue**
**Mamaroneck, NY 10543**

Date(s) debt was incurred  11/22/2017

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt - 17 Circle Rd - MBI LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,965.00 |
|---|---|---|---|

**Planet Waste Services Inc.**
**59-12 57th Street**
**Maspeth, NY 11378**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.89**   Nonpriority creditor's name and mailing address

**Ponce DeLeon Bank**
**2244 Westchester Avenue**
**Bronx, NY 10462**

Date(s) debt was incurred _____

Last 4 digits of account number __0577__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Line of credit__

Is the claim subject to offset? ■ No ☐ Yes

**$484,139.00**

---

**3.90**   Nonpriority creditor's name and mailing address

**Pro Glass Solutions Corp.**
**53-16 39th Avenue**
**Woodside, NY 11377**

Date(s) debt was incurred _____

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 184 East 64th Street Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$21,819.87**

---

**3.91**   Nonpriority creditor's name and mailing address

**R.W. Behan Contracting inc.**
**35 Smith Street**
**Blue Point, NY 11715**

Date(s) debt was incurred __3/9/2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 41 Middle Pond Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$14,000.00**

---

**3.92**   Nonpriority creditor's name and mailing address

**R.W. Behan Contracting inc.**
**35 Smith Street**
**Blue Point, NY 11715**

Date(s) debt was incurred __3/9/2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 45 Middle Pond Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$14,000.00**

---

**3.93**   Nonpriority creditor's name and mailing address

**Regional Testing Corp.**
**1150 Close Avenue**
**Bronx, NY 10472**

Date(s) debt was incurred __11/30/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 163-165 East 62nd Street Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$1,290.00**

---

**3.94**   Nonpriority creditor's name and mailing address

**Rosenberg & Estis, P.C.**
**733 Third Avenue**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

**$12,308.00**

---

**3.95**   Nonpriority creditor's name and mailing address

**Rufo A. Aria Corp.**
**59 Hancock Street #1**
**West Harrison, NY 10604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 184 East 64th Street Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$23,692.00**

---

| Debtor | **Michael Paul Enterprises LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,525.00 |
|---|---|---|---|

**RVB Construction Inc.**
**32 Pasadena Place**
**Mount Vernon, NY 10552**

Date(s) debt was incurred __12/20/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 163-165 East 62nd Street Associates LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236,555.00 |
|---|---|---|---|

**RVB Construction Inc.**
**32 Pasadena Place**
**Mount Vernon, NY 10552**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 15 Circle Rd - MBI LLC & 17 Circle Rd - MBI LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,620.00 |
|---|---|---|---|

**S.R. Interiors, Inc.**
**1051 Mile Suare Rd.**
**Yonkers, NY 10704**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 323 East 53rd Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294,000.00 |
|---|---|---|---|

**SLC Construction Inc.**
**79-01 Queens Blvd.**
**Elmhurst, NY 11373**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 163-165 East 62nd Street Associates LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Squares Holden Weisenbacher & Smith**
**46 Jagger Lane**
**Southampton, NY 11968**

Date(s) debt was incurred __12/22/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 3 Sandpiper Court LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,525.00 |
|---|---|---|---|

**Squares Holden Weisenbacher & Smith**
**46 Jagger Lane**
**Southampton, NY 11968**

Date(s) debt was incurred __12/21/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - 41-45 MPR Associates LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,279.07 |
|---|---|---|---|

**Tamarack Country Club**
**55 Locust Rd.**
**Greenwich, CT 06831**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt -D148__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Michael Paul Enterprises LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.103** | **Nonpriority creditor's name and mailing address**

**The Westchester Bank**
**12 Water Street**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number  **7410**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of credit**

Is the claim subject to offset? ☐ No ■ Yes

**$879,526.45**

---

**3.104** | **Nonpriority creditor's name and mailing address**

**Thyssen Krupp Elevator Americas**
**519 8th Avenue**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$207,446.58**

---

**3.105** | **Nonpriority creditor's name and mailing address**

**Times Building PC**
**85-34 Grand Avenue**
**Elmhurst, NY 11373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.106** | **Nonpriority creditor's name and mailing address**

**Total Comfort Inc.**
**44 Kenosia Avenue**
**Danbury, CT 06810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 17 Circle Rd - MBI LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$29,800.00**

---

**3.107** | **Nonpriority creditor's name and mailing address**

**Trilogix Consulting LLC**
**500 N. Franklin Tpke**
**Suite 216**
**Ramsey, NJ 07446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$21,465.01**

---

**3.108** | **Nonpriority creditor's name and mailing address**

**Tuchman Korngold Weiss Liebman**
**& Linde**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - 163-165 East 62nd Street Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.109** | **Nonpriority creditor's name and mailing address**

**Twomey, Latham, Shea, Kelley, Dubin & Qu**
**33 West Second Street**
**P.O. Box 9398**
**Riverhead, NY 11901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees - 41-45 MPR Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$5,741.50**

---

| Debtor | **Michael Paul Enterprises LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,797.34** |
|---|---|---|---|

**United Overhead Door Corp.**
**21 A Saw Mill River Road**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt- 17 Circle Rd - MBI LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,000.00** |
|---|---|---|---|

**Up Construction & Restoration Inc.**
**396 Kent Avenue**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt - 323 East 53rd Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68,566.00** |
|---|---|---|---|

**Vail Associates Architects**
**59 W 94th Street**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/27/2016**

Last 4 digits of account number __

Basis for the claim:  **Trade debt - 163-165 East 62nd Street Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,540.00** |
|---|---|---|---|

**Vail Associates Architects**
**59 W 94th Street**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2016**

Last 4 digits of account number __

Basis for the claim:  **Trade debt - 145-147 East 62nd Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,514.86** |
|---|---|---|---|

**Virtual Services**

**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt - 323 East 53rd Street Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,232.08** |
|---|---|---|---|

**Wayside Fence Co.**
**63 Third Avenue**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,000.00** |
|---|---|---|---|

**Window Fix Inc.**
**335-347 38th Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt - 323 East 53rd Street Associates LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Michael Paul Enterprises LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,056.00 |
|---|---|---|---|

**Yorkshire Stone Inc.**
**175 Marcus Blvd.**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt - 184 East 64th Street Associates LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cullen and Dykman LLP**<br>**100 Quentin Roosevelt Blvd**<br>**Garden City, NY 11530** | Line  **3.56**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Emmet Marvin & Martin LLP**<br>**120 Broadway**<br>**New York, NY 10271** | Line  **3.103**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Meyer Suozzi English & Klein P**<br>**1180 Ave of Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 10,843,143.43 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,843,143.43 |

**Fill in this information to identify the case:**

Debtor name    **Michael Paul Enterprises LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **2015 GMC Savana Van** | |
| State the term remaining **6/29/2020** | **Ally** **P.O. Box 9001948** **Louisville, KY 40290** |
| List the contract number of any government contract **024923315845** | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **GMC 2017 Yukon SUV** | |
| State the term remaining **3/8/2020** | **GM Finanical Leasing** **PO Box 100** **Buffalo, NY 14231** |
| List the contract number of any government contract **0170257573** | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **GMC 2016 Yukon SUV** | |
| State the term remaining **4/29/2019** | **GM Finanical Leasing** **PO Box 100** **Buffalo, NY 14231** |
| List the contract number of any government contract **0170242222** | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Cadillac Escalade 2016 SUV** | |
| State the term remaining **7/4/2019** | **GM Finanical Leasing** **PO Box 100** **Buffalo, NY 14231** |
| List the contract number of any government contract **0170245430** | |

| Debtor 1 | **Michael Paul Enterprises LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Infinity 2016 SUV** | |
|---|---|---|---|
| | State the term remaining | **10/17/2019** | **Infiniti Financial Services** |
| | List the contract number of any government contract | **29009893115** | **PO Box 740596** <br> **Cincinnati, OH 45274** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **S550 Mercedes Benz** | |
|---|---|---|---|
| | State the term remaining | **9/27/2019** | **Mercedes Benz Financial** |
| | List the contract number of any government contract | **5000403212001** | **PO Box 5209** <br> **Carol Stream, IL 60197** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **GLK Mercedes Benz** | |
|---|---|---|---|
| | State the term remaining | **7/31/2020** | **Mercedes Benz Financial** |
| | List the contract number of any government contract | **5000521352001** | **PO Box 5209** <br> **Carol Stream, IL 60197** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Postage machine** | |
|---|---|---|---|
| | State the term remaining | **4/9/2019** | **Pitney Bowes** |
| | List the contract number of any government contract | **17196920** | **P.O. Box 371887** <br> **Pittsburgh, PA 15250** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Michael Paul Enterprises LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **145-147 East 62nd Street** | **Associates LLC  12 Water St Suite 204 White Plains, NY 10601** | **Vail Associates Architects** | ☐ D _____ <br> ☑ E/F __3.113__ <br> ☐ G _____ |
| 2.2 | **15 Circle Rd - MBI LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Cuddy & Feder LLP** | ☐ D _____ <br> ☑ E/F __3.28__ <br> ☐ G _____ |
| 2.3 | **15 Circle Rd - MBI LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **RVB Construction Inc.** | ☐ D _____ <br> ☑ E/F __3.97__ <br> ☐ G _____ |
| 2.4 | **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Allstate Sprinkler Corp.** | ☐ D _____ <br> ☑ E/F __3.5__ <br> ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|

▊ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Celtic Services NYC Inc.** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.6 | **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Dominick R. Pilla Associates PC** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.7 | **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Gabor M. Szakal Consulting Engineers, PC** | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.8 | **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Masters Exterminating & Pest Control** | ☐ D _____<br>■ E/F __3.79__<br>☐ G _____ |
| 2.9 | **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Regional Testing Corp.** | ☐ D _____<br>■ E/F __3.93__<br>☐ G _____ |
| 2.10 | **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **RVB Construction Inc.** | ☐ D _____<br>■ E/F __3.96__<br>☐ G _____ |
| 2.11 | **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **SLC Construction Inc.** | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | _____ |

▊ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Thyssen Krupp Elevator Americas** | ☐ D _____ ■ E/F __3.104__ ☐ G _____ |
| 2.13 **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Tuchman Korngold Weiss Liebman** | ☐ D _____ ■ E/F __3.108__ ☐ G _____ |
| 2.14 **163-165 East 62nd Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Vail Associates Architects** | ☐ D _____ ■ E/F __3.112__ ☐ G _____ |
| 2.15 **17 Circle Rd - MBI LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Angelo Spray Foam Corp.** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.16 **17 Circle Rd - MBI LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Cuddy & Feder LLP** | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.17 **17 Circle Rd - MBI LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Daimler Construction LLC** | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |
| 2.18 **17 Circle Rd - MBI LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **DWS Interiors Inc.** | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|

⬛ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | **17 Circle Rd - MBI LLC** | **12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | **Eastern Metal Works Inc.** | ☐ D _____<br>⬛ E/F _**3.41**_<br>☐ G _____ |
| 2.20 | **17 Circle Rd - MBI LLC** | **12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | **New Plumbing & Heating Corp.** | ☐ D _____<br>⬛ E/F _**3.85**_<br>☐ G _____ |
| 2.21 | **17 Circle Rd - MBI LLC** | **12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | **P.S. Electrical Contracting Corp.** | ☐ D _____<br>⬛ E/F _**3.87**_<br>☐ G _____ |
| 2.22 | **17 Circle Rd - MBI LLC** | **12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | **RVB Construction Inc.** | ☐ D _____<br>⬛ E/F _**3.97**_<br>☐ G _____ |
| 2.23 | **17 Circle Rd - MBI LLC** | **12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | **Total Comfort Inc.** | ☐ D _____<br>⬛ E/F _**3.106**_<br>☐ G _____ |
| 2.24 | **17 Circle Rd - MBI LLC** | **12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | **United Overhead Door Corp.** | ☐ D _____<br>⬛ E/F _**3.110**_<br>☐ G _____ |
| 2.25 | **184 East 64th Street** | **Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | **Cancos Tile and Stone** | ☐ D _____<br>⬛ E/F _**3.15**_<br>☐ G _____ |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |

---

▪ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.26 | **184 East 64th Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Carefree Air & Water Management Inc.** | ☐ D _____ ▪ E/F   **3.18** ☐ G _____ |
|---|---|---|---|---|
| 2.27 | **184 East 64th Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Daimler Construction LLC** | ☐ D _____ ▪ E/F   **3.30** ☐ G _____ |
| 2.28 | **184 East 64th Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Fort Cica** | ☐ D _____ ▪ E/F   **3.46** ☐ G _____ |
| 2.29 | **184 East 64th Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Leiberts Royal Green** | ☐ D _____ ▪ E/F   **3.73** ☐ G _____ |
| 2.30 | **184 East 64th Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Lippolis Electric Inc.** | ☐ D _____ ▪ E/F   **3.76** ☐ G _____ |
| 2.31 | **184 East 64th Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **New Plumbing & Heating Corp.** | ☐ D _____ ▪ E/F   **3.83** ☐ G _____ |
| 2.32 | **184 East 64th Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Pro Glass Solutions Corp.** | ☐ D _____ ▪ E/F   **3.90** ☐ G _____ |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.33 | **184 East 64th Street** | **Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | **Yorkshire Stone Inc.** | ☐ D _____ ■ E/F __3.117__ ☐ G _____ |
|---|---|---|---|---|
| 2.34 | **227 E 67th Street Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Lippolis Electric Inc.** | ☐ D _____ ■ E/F __3.77__ ☐ G _____ |
| 2.35 | **3 Sandpiper Court LLC** | **12 Water St Suite 204 White Plains, NY 10601** | **Dominick R. Pilla Associates PC** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |
| 2.36 | **3 Sandpiper Court LLC** | **12 Water St Suite 204 White Plains, NY 10601** | **Jeffrey T. Butler, P.E. P.C.** | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.37 | **3 Sandpiper Court LLC** | **12 Water St Suite 204 White Plains, NY 10601** | **Joseph Crocco Architect PC** | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.38 | **3 Sandpiper Court LLC** | **12 Water St Suite 204 White Plains, NY 10601** | **Squares Holden Weisenbacher & Smith** | ☐ D _____ ■ E/F __3.100__ ☐ G _____ |
| 2.39 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **AirSeal Insulation Systems** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.40 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **All Star Security & Communications Inc.** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.41 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Allstate Sprinkler Corp.** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.42 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Blackman Plumbing** | ☐ D _____ <br> ■ E/F __3.9__ <br> ☐ G _____ |
| 2.43 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Carefree Air & Water Management Inc.** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.44 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **City Ironsmith Corp.** | ☐ D _____ <br> ■ E/F __3.22__ <br> ☐ G _____ |
| 2.45 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Consolidated Scaffold & Bridge Corp.** | ☐ D _____ <br> ■ E/F __3.24__ <br> ☐ G _____ |
| 2.46 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Daimler Construction LLC** | ☐ D _____ <br> ■ E/F __3.31__ <br> ☐ G _____ |

Debtor    **Michael Paul Enterprises LLC**    Case number *(if known)* _____

___

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.47 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Dominick R. Pilla Associates PC** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.48 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **DWS Interiors Inc.** | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.49 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Erwin & Bielinski, PLLC** | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |
| 2.50 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Irwin Associates Inc.** | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.51 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **J.S.K. Construction Corp.** | ☐ D _____ ■ E/F __3.60__ ☐ G _____ |
| 2.52 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Lippolis Electric Inc.** | ☐ D _____ ■ E/F __3.75__ ☐ G _____ |
| 2.53 | **323 East 53rd Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **New Plumbing & Heating Corp.** | ☐ D _____ ■ E/F __3.84__ ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 **323 East 53rd Associates LLC** | 12 Water Street Suite 204 White Plains, NY 10601 | **S.R. Interiors, Inc.** | ☐ D ____ ■ E/F __3.98__ ☐ G ____ |
| 2.55 **323 East 53rd Associates LLC** | 12 Water Street Suite 204 White Plains, NY 10601 | **Up Construction & Restoration Inc.** | ☐ D ____ ■ E/F __3.111__ ☐ G ____ |
| 2.56 **323 East 53rd Associates LLC** | 12 Water Street Suite 204 White Plains, NY 10601 | **Virtual Services** | ☐ D ____ ■ E/F __3.114__ ☐ G ____ |
| 2.57 **323 East 53rd Associates LLC** | 12 Water Street Suite 204 White Plains, NY 10601 | **Window Fix Inc.** | ☐ D ____ ■ E/F __3.116__ ☐ G ____ |
| 2.58 **41Middle Pond Road Associates** | LLC  12 Water St Suite 204 White Plains, NY 10601 | **Case's Creek** | ☐ D ____ ■ E/F __3.20__ ☐ G ____ |
| 2.59 **41Middle Pond Road Associates** | LLC  12 Water St Suite 204 White Plains, NY 10601 | **Jeffrey T. Butler, P.E. P.C.** | ☐ D ____ ■ E/F __3.63__ ☐ G ____ |
| 2.60 **41Middle Pond Road Associates** | LLC  12 Water St Suite 204 White Plains, NY 10601 | **Joseph Crocco Architect PC** | ☐ D ____ ■ E/F __3.68__ ☐ G ____ |

Debtor   **Michael Paul Enterprises LLC**                           Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.61 | **41 Middle Pond Road Associates** | **LLC  12 Water St Suite 204 White Plains, NY 10601** | **Lippolis Electric Inc.** |

☐ D _____
■ E/F    **3.78**
☐ G _____

| 2.62 | **41 Middle Pond Road Associates** | **LLC  12 Water St Suite 204 White Plains, NY 10601** | **R.W. Behan Contracting inc.** |

☐ D _____
■ E/F    **3.91**
☐ G _____

| 2.63 | **41 Middle Pond Road Associates** | **LLC  12 Water St Suite 204 White Plains, NY 10601** | **Squares Holden Weisenbacher & Smith** |

☐ D _____
■ E/F    **3.101**
☐ G _____

| 2.64 | **41 Middle Pond Road Associates** | **LLC  12 Water St Suite 204 White Plains, NY 10601** | **Twomey, Latham, Shea, Kelley, Dubin & Qu** |

☐ D _____
■ E/F    **3.109**
☐ G _____

| 2.65 | **43 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Case's Creek** |

☐ D _____
■ E/F    **3.20**
☐ G _____

| 2.66 | **43 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Jeffrey T. Butler, P.E. P.C.** |

☐ D _____
■ E/F    **3.64**
☐ G _____

| 2.67 | **43 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Joseph Crocco Architect PC** |

☐ D _____
■ E/F    **3.69**
☐ G _____

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.68 | **43 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Lippolis Electric Inc.** | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.69 | **43 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Squares Holden Weisenbacher & Smith** | ☐ D _____ ■ E/F __3.101__ ☐ G _____ |
| 2.70 | **43 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Twomey, Latham, Shea, Kelley, Dubin & Qu** | ☐ D _____ ■ E/F __3.109__ ☐ G _____ |
| 2.71 | **45 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Case's Creek** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.72 | **45 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Jeffrey T. Butler, P.E. P.C.** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.73 | **45 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Joseph Crocco Architect PC** | ☐ D _____ ■ E/F __3.70__ ☐ G _____ |
| 2.74 | **45 Middle Pond Road Associates** | **LLC  12 Water Street Suite 204 White Plains, NY 10601** | **Lippolis Electric Inc.** | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|--------|----------------------------------|--------------------------|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.75 | **45 Middle Pond Road Associates** | **LLC 12 Water Street Suite 204 White Plains, NY 10601** | **R.W. Behan Contracting inc.** | ☐ D _____ ■ E/F  __3.92__ ☐ G _____ |
| 2.76 | **45 Middle Pond Road Associates** | **LLC 12 Water Street Suite 204 White Plains, NY 10601** | **Squares Holden Weisenbacher & Smith** | ☐ D _____ ■ E/F  __3.101__ ☐ G _____ |
| 2.77 | **45 Middle Pond Road Associates** | **LLC 12 Water Street Suite 204 White Plains, NY 10601** | **Twomey, Latham, Shea, Kelley, Dubin & Qu** | ☐ D _____ ■ E/F  __3.109__ ☐ G _____ |
| 2.78 | **Beechwood 5 Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Cuddy & Feder LLP** | ☐ D _____ ■ E/F  __3.27__ ☐ G _____ |
| 2.79 | **Beechwood 5 Associates LLC** | **12 Water Street Suite 204 White Plains, NY 10601** | **Joseph Crocco Architect PC** | ☐ D _____ ■ E/F  __3.71__ ☐ G _____ |
| 2.80 | **Katsura Consulting Group LLC** | **12 Water Street Suite 201 White Plains, NY 10601** | **Cuddy & Feder LLP** | ☐ D _____ ■ E/F  __3.26__ ☐ G _____ |
| 2.81 | **Michael P. D'Alessio** | **265 East 66th Street Apt. 28F New York, NY 10065** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.82 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Adam Leitman Bailey PC | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.83 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Ally | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.84 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Bank of America | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.85 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Bridgehampton National Bank | ☐ D ____<br>■ E/F __3.13__<br>☐ G ____ |
| 2.86 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Cuddy & Feder LLP | ☐ D ____<br>■ E/F __3.26__<br>☐ G ____ |
| 2.87 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Cuddy & Feder LLP | ☐ D ____<br>■ E/F __3.27__<br>☐ G ____ |
| 2.88 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Cuddy & Feder LLP | ☐ D ____<br>■ E/F __3.28__<br>☐ G ____ |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|

███  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.89 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | GM Finanical Leasing | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.90 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | GM Finanical Leasing | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.91 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | GM Finanical Leasing | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |
| 2.92 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Golenbock, Eiseman, Assor | ☐ D _____<br>■ E/F __3.55__<br>☐ G _____ |
| 2.93 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Greater Hudson Bank | ☐ D _____<br>■ E/F __3.56__<br>☐ G _____ |
| 2.94 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Infiniti Financial Services | ☐ D _____<br>■ E/F __3.58__<br>☐ G _____ |
| 2.95 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Mercedes Benz Financial | ☐ D _____<br>■ E/F __3.80__<br>☐ G _____ |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.96 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Mercedes Benz Financial | ☐ D _____<br>■ E/F ___3.81___<br>☐ G _____ |
| 2.97 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Ponce DeLeon Bank | ☐ D _____<br>■ E/F ___3.89___<br>☐ G _____ |
| 2.98 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Rosenberg & Estis, P.C. | ☐ D _____<br>■ E/F ___3.94___<br>☐ G _____ |
| 2.99 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | Tamarack Country Club | ☐ D _____<br>■ E/F ___3.102___<br>☐ G _____ |
| 2.10 0 | Michael P. D'Alessio<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | The Westchester Bank | ☐ D _____<br>■ E/F ___3.103___<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Michael Paul Enterprises LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **Unknown** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **Unknown** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$25,748,683.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Michael Paul Enterprises LLC**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **P.S. Electrical Contracting Corp.**<br>**628 Waverly Avenue**<br>**Mamaroneck, NY 10543** | **1/17/2018** | **$19,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **AirSeal Insulation Systems**<br>**1961 Utica Avenue**<br>**Brooklyn, NY 11234** | **1/19/2018** | **$24,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Capital Industries Corp.**<br>**555 Saw Mill River Rd.**<br>**Yonkers, NY 10701** | **2/23/2018** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Rogliano Construction & Contracting**<br>**Corp**<br>**67 Purdy Avenue**<br>**Port Chester, NY 10573** | **2/27/2018** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Angelo Spray Foam Corp.**<br>**22 Sherman Avenue**<br>**Suite 4L**<br>**New York, NY 10040** | **3/19/2018** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Rogliano Construction & Contracting**<br>**Corp**<br>**67 Purdy Avenue**<br>**Port Chester, NY 10573** | **3/19/2018** | **$8,005.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **DWS Interiors Inc.**<br>**PO Box 2**<br>**Water Mill, NY 11976** | **3/19/2018** | **$16,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. | **Blackman Plumbing**<br>**PO  Box 9400**<br>**Uniondale, NY 11555-9400** | **3/19/2018** | **$9,990.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Michael Paul Enterprises LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. **RVB Construction Inc.**<br>**32 Pasadena Place**<br>**Mount Vernon, NY 10552** | **3/20/218** | **$29,445.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10 **Daimler Construction LLC**<br>**155 Fox Hill Drive**<br>**Hackettstown, NJ 07840** | **3/20/2018** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 **P.S. Electrical Contracting Corp.**<br>**628 Waverly Avenue**<br>**Mamaroneck, NY 10543** | **3/20/2018** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.12 **East End Country Kitchens Cabinets Inc.**<br>**121 Edwards Avenue**<br>**Calverton, NY 11933** | **4/3/2018** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13 **Cuddy & Feder LLP**<br>**445 Hamilton Avenue**<br>**White Plains, NY 10601** | **4/20/2018** | **$23,062.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Michael Paul Enterprises LLC**    Case number *(if known)*

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number: __2633__ | **3/7/2018** | **$70,596.66** |
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number: __2666__ | **3/7/2018** | **$9,630.69** |
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number: __7191__ | **3/7/2018** | **$37,523.62** |
| **Bridgehampton National Bank**<br>**2200 Montauk Highway**<br>**Bridgehampton, NY 11932** | Last 4 digits of account number: __1263__ | **11/3/2017** | **$103,532.06** |
| **Bridgehampton National Bank**<br>**2200 Montauk Highway**<br>**Bridgehampton, NY 11932** | Last 4 digits of account number: __455__ | **11/3/2017** | **$285,205.14** |

**Part 3:**    **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Rella Fogliano, Marilyn Shendell, Attis Properties Inc, Glen Feller, Joshua Brown, Angie Brown, Philip Goldstein, Ellen Goldstein & Sanley Company**<br>**v.**<br>**145-147 East 62nd Street Holding LLC, 145-147 East 62nd Street Associates LLC, Michael P. D'Alessio, Anthony Carbone, Michael Paul Enterprises LLC and FCP 145 Holding LLC**<br>**53635/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Michael Paul Enterprises LLC**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Rella Fogliano, Joseph Breda, Marilyn Shendell & Attis Properties Inc, RNG WEA LLC, Jacqueline Martinez, Douglas Scibelli, Joshua Brown, Angie Brown, Philip Goldstein, Ellen Goldstein, Robert Cicero, Keith Hummel & Philip Healy**<br>**v.**<br>**163-165 East 62nd Street Holding LLC & Bluestone 163-165 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 163-165 East 62nd Associates LLC**<br>**53540/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **East 64th Street Realty Partners LLV**<br>**v.**<br>**184 East 64th Street Holding LLC & Bluestone 184 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 184 East 64th Associates LLC**<br>**53547/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Stacey Gendels, Bonni Stanley, Marilyn Shendell, Attis Properties Inc, Philip Goldstein, Ellen Goldstein Robert Cicero & Keith Hummel**<br>**v.**<br>**227 E 67th Street Holding LLC & Bluestone 67 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 227 East 67th Associates LLC**<br>**53520/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Ronald Marchand Jr.**<br>**v.**<br>**227 E. 67th Street Holding LLC, Michael P. D'Alessio**<br>**450396/2018** | | **Supreme Court, County of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor     **Michael Paul Enterprises LLC**                                      Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **The Mautner-Glick Profit Corp. Sharing Plans, Individually and Deivatively on Behalf of 184 East 64th Street Holding LLC and 227 East 67th Holding LLC**<br>**v.**<br>**Michael Paul D'Alessio, Michael Paul Enterprises, 184 East 64th Street Holding LLC, 184 East 64th Street Associates LLC, Bluestone 184 LLC, 227 East 67th Street Holding LLC and 227 East 67th Street Associates LLC**<br>**651184/2018** | | **Supreme Court, County of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **BNB Bank, as successor-in-interest to Bridgehampton National Bank**<br>**v.**<br>**Michael Paul Enterprises LLC and Michael D'Alessio**<br>**604688/2018** | | **Supreme Court, County of Suffork**<br>**1 Court Street**<br>**Riverhead, NY 11901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **The Westchester Bank**<br>**v.**<br>**Michael P. D'Alessio A/K/A Michael P. Dalessio and Michael Paul Enterprises LLC**<br>**53400/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Herminio Torres and Barbara Vega**<br>**v.**<br>**Michael P. D'Alessio, Michael Paul Enterprises LLC, 163-165 East 62nd Street Holding LLC, 163-165 East 62nd Street Associates LLC, Bluestone 163-165 LLC, 43 Middle Pond Road LLC, 43 Middle Pond Road Holding LLC**<br>**651423/2018** | | **Supreme Court, County of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Attis Prperties Inc, Keith Hummel & Philip Healy**<br>**v.**<br>**41-45 MPR Holding LLC, 41 Middle Pond Road Associates LLC, 43 Middle Pond Road Associates LLC, 45 Middle Pond Road Associates LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC & 3700 Tremont Associates Inc**<br>**54513/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Michael Paul Enterprises LLC** | | | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | **Marilyn Shendell, Attis Properties Inc & Keith Hummel**<br>**v.**<br>**3 Sandpiper Court Holding LLC, 3 Sandpiper Court LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC & Bluestone Sandpiper LLC**<br>**54501/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Planned Security Services Inc**<br>**v.**<br>**Michael Paul  D'Alessio, Michael Paul Enterprises LLC, 336 East 54 Street Associates LLC, 336 East 54 Street Associates Holding LLC**<br>**ESX-L-2709-17** | | **Supreme Court, County of Essex**<br>**50 West Market Street**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **554 E 82nd Associates LLC, 225 East 81 Street Associates LLC, 230 E 63rd Associates LLC and Michael Paul Enterprises LLC**<br>**v.**<br>**Peter Grotto Jr., Peter Grotto Plumbing and Heating Inc, Grotto Plumbing Inc and Grotto Holding Corp**<br>**71144/15** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Attis Properties Inc, Joshua Brown, Angie Brown, Philip Goldstein, Ellen Goldstein & Sanley Company**<br>**v.**<br>**15-17 Circle Holding LLC, 15 Circle Rd-MBI LLC, 17 Circle Rd-MBI LLC, Michael P. D'Alessio, William Orrico, Michael Paul Enterprises LLC & MBI Partners LLC**<br>**54583/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Ponce Bank, formerly known as Ponce De Leon Federal Bank**<br>**v.**<br>**Michael Paul Enterprises LLC & Michael P. D'Alessio**<br>**Index: 56085/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rosen & Associates, P.C.**<br>**747 Third Avenue**<br>**New York, NY 10017** | | **5/14/2018** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* |
|---|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bridgehampton National Bank 2200 Montauk Highway Bridgehampton, NY 11932** | **XXXX-1263** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/6/2017** | **$0.00** |
| 18.2. | **Bridgehampton National Bank 2200 Montauk Highway Bridgehampton, NY 11932** | **XXXX-455** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/6/2017** | **$0.00** |

**19. Safe deposit boxes**

| Debtor | **Michael Paul Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Michael Paul Enterprises LLC**                                    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Anthony Capeci, CPA**<br>**1160 East Jericho Turnpike**<br>**Suite 217**<br>**Huntington, NY 11743** | **2006 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Paul D'Alessio** | **c/o Aspen Management Group LLC**<br>**3140 East Tremont Avenue**<br>**2nd Floor**<br>**Bronx, NY 10461** | | **100%** |

Debtor    **Michael Paul Enterprises LLC**                                    Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See attached.** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2018**

**/s/ Michael P. D'Alessio**                          **Michael P. D'Alessio**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   **Michael Paul Enterprises LLC**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　Chapter　**7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.　The source of the compensation paid to me was:

　　■ Debtor　　☐ Other (specify):

3.　The source of compensation to be paid to me is:

　　■ Debtor　　☐ Other (specify):

4.　■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a.　Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b.　Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c.　Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　d.　Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
　　e.　[Other provisions as needed]

6.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　　**N/A**

---

### CERTIFICATION

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 30, 2018**　　　　　　　　　　　　　　　**/s/ Sanford P. Rosen**
*Date*　　　　　　　　　　　　　　　　　　　　**Sanford P. Rosen (SR-4966)**
　　　　　　　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　　　　　　　**Rosen & Associates, P.C.**
　　　　　　　　　　　　　　　　　　　　　　**747 Third Avenue**
　　　　　　　　　　　　　　　　　　　　　　**Floor 20**
　　　　　　　　　　　　　　　　　　　　　　**New York, NY 10017-2803**
　　　　　　　　　　　　　　　　　　　　　　**(212) 223-1100  Fax: (212) 223-1102**
　　　　　　　　　　　　　　　　　　　　　　**srosen@rosenpc.com**
　　　　　　　　　　　　　　　　　　　　　　*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re    **Michael Paul Enterprises LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **May 30, 2018**

**/s/ Michael P. D'Alessio**

**Michael P. D'Alessio**/**Managing Member**
Signer/Title

.

145-147 EAST 62ND STREET
ASSOCIATES LLC  12 WATER ST
SUITE 204
WHITE PLAINS, NY 10601


15 CIRCLE RD - MBI LLC
12 WATER STREET
SUITE 204
WHITE PLAINS, NY 10601


163-165 EAST 62ND STREET
ASSOCIATES LLC 12 WATER ST
SUITE 204
WHITE PLAINS, NY 10601


17 CIRCLE RD - MBI LLC
12 WATER STREET
SUITE 204
WHITE PLAINS, NY 10601


184 EAST 64TH STREET
ASSOCIATES LLC 12 WATER ST
SUITE 204
WHITE PLAINS, NY 10601


227 E 67TH STREET ASSOCIATES
LLC  12 WATER STREET
SUITE 204
WHITE PLAINS, NY 10601


3 SANDPIPER COURT LLC
12 WATER ST
SUITE 204
WHITE PLAINS, NY 10601


323 EAST 53RD ASSOCIATES LLC
12 WATER STREET
SUITE 204
WHITE PLAINS, NY 10601


41MIDDLE POND ROAD ASSOCIATES
LLC  12 WATER ST
SUITE 204
WHITE PLAINS, NY 10601

43 MIDDLE POND ROAD ASSOCIATES
LLC 12 WATER STREET
SUITE 204
WHITE PLAINS, NY 10601


45 MIDDLE POND ROAD ASSOCIATES
LLC 12 WATER STREET
SUITE 204
WHITE PLAINS, NY 10601


ADAM LEITMAN BAILEY PC
ONE BATTERY PARK
NEW YORK, NY 10271


AIRSEAL INSULATION SYSTEMS
1961 UTICA AVENUE
BROOKLYN, NY 11234


ALL STAR SECURITY & COMMUNICATIONS INC.
P.O. BOX 494
FISHKILL, NY 12524


ALLSTATE SPRINKLER CORP.
1869 WHITE PLAINS RD.
BRONX, NY 10462


ALLY
P.O. BOX 9001948
LOUISVILLE, KY 40290


ANGELO SPRAY FOAM CORP.
22 SHERMAN AVENUE
SUITE 4L
NEW YORK, NY 10040


BANK OF AMERICA
P.O. BOX 982238
EL PASO, TX 79998


BEECHWOOD 5 ASSOCIATES LLC
12 WATER STREET
SUITE 204
WHITE PLAINS, NY 10601

BLACKMAN PLUMBING
PO BOX 9400
UNIONDALE, NY 11555-9400


BLUE TARP FINANCIAL INC.
PO BOX 105525
ATLANTA, GA 30348


BOSTON ROAD EQUIPMENT RENTAL
3211 BOSTON POST ROAD
BRONX, NY 10469


BRAGA HARDWOOD FLOORING INC.
89 TRENTON AVENUE
WHITE PLAINS, NY 10606


BRIDGEHAMPTON NATIONAL BANK
2200 MONTAUK HIGHWAY
BRIDGEHAMPTON, NY 11932


CANCOS TILE AND STONE
1085 PORTION ROAD
FARMINGVILLE, NY 11738


CAPITAL INDUSTRIES CORP.
555 SAW MILL RIVER RD.
YONKERS, NY 10701


CAREFREE AIR & WATER MANAGEMENT INC.
199 MERRICK RD.
LYNBROOK, NY 11563


CASE'S CREEK
P.O. BOX 56
JAMESPORT, NY 11947


CELTIC SERVICES NYC INC.
156 MT. VERNON AVENUE
SUITE 210
MOUNT VERNON, NY 10550


CITY IRONSMITH CORP.
131-14 SANFORD AVENUE
FLUSHING, NY 11355

CONSOLIDATED SCAFFOLD & BRIDGE CORP.
3969 MERRITT AVENUE
BRONX, NY 10466


CUDDY & FEDER LLP
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601


CULLEN AND DYKMAN LLP
100 QUENTIN ROOSEVELT BLVD
GARDEN CITY, NY 11530


DAIMLER CONSTRUCTION LLC
155 FOX HILL DRIVE
HACKETTSTOWN, NJ 07840


DANISI ENERGY COMPANY
3205 ROUTE 112
MEDFORD, NY 11763


DECORAMA BUILDING & PLUMBING SUPPLY
1233 METROPOLITAN AVENUE
BROOKLYN, NY 11237


DESPATCH OF SOUTHAMPTON M & S LLC
370 COUNTY ROAD 39
SUITE 4
SOUTHAMPTON, NY 11968


DOMINICK R. PILLA ASSOCIATES PC
23 DEPEW AVENUE
NYACK, NY 10960


DWS INTERIORS INC.
PO BOX 2
WATER MILL, NY 11976


EAST END COURTRY KITCHENS CABINETS INC.
121 EDWARDS AVENUE
CALVERTON, NY 11933


EASTERN METAL WORKS INC.
333 WOODMONT RD.
MILFORD, CT 06460

EDGE & CORNER TILE & MARBLE
362 DECATUR AVENUE
SHIRLEY, NY 11967


EDWARD M. SHAPIRO, ATTONREY AT LAW
255 BROADWAY
SUITE 1515
NEW YORK, NY 10007


EMMET MARVIN & MARTIN LLP
120 BROADWAY
NEW YORK, NY 10271


ERWIN & BIELINSKI, PLLC
37 WEST 39TH ST
SUITE 1201
NEW YORK, NY 10018


FELDMAN LUMBER
1281 METROPOLITAN AVENUE
BROOKLYN, NY 11237


FORT CICA
720 EAST 141ST STREET
BRONX, NY 10454


GABOR M. SZAKAL CONSULTING ENGINEERS, PC
54 WEST 21ST ST.
NEW YORK, NY 10010


GABRIEL E. SENOR, P.C.
90 N CENTRAL AVENUE
SUITE 104
HARTSDALE, NY 10530


GC WAREHOUSE LLC
515 S 4TH AVENUE
MOUNT VERNON, NY 10550


GEOLAND CORP.
1317 PARK AVENUE
NEW HYDE PARK, NY 11040

GM FINANICAL LEASING
PO BOX 100
BUFFALO, NY 14231


GOLENBOCK, EISEMAN, ASSOR
  BELL & PESKOE
711 THIRD AVENUE
NEW YORK, NY 10017


GREATER HUDSON BANK
715 E ROUTE 304
NANUET, NY 10954


HILTI INC.
P.O. BOX 11870
NEWARK, NJ 07101


INFINITI FINANCIAL SERVICES
PO BOX 740596
CINCINNATI, OH 45274


IRWIN ASSOCIATES INC.
247 W 37TH ST.
SUITE 1204
NEW YORK, NY 10018


J.S.K. CONSTRUCTION CORP.
130-26 ATLANTIC AVENUE S.
SOUTH RICHMOND HILL, NY 11419


JANOVIC
888 LEXINGTON AVENUE
NEW YORK, NY 10065


JEFFREY T. BUTLER, P.E. P.C.
206 LINCOLN ST.
RIVERHEAD, NY 11901


JILCO WINDOW CORP.
135 MAHOPAC AVENUE
GRANITE SPRINGS, NY 10527

```
JOSEPH CROCCO ARCHITECT PC
4 MACDONALD AVENUE
SUITE 5
ARMONK, NY 10504


JOSEPH CROCCO ARCHITECT PC
4 MACDONALD AVENUE
ARMONK, NY 10504


KATSURA CONSULTING GROUP LLC
12 WATER STREET
SUITE 201
WHITE PLAINS, NY 10601


LEIBERTS ROYAL GREEN
228 EAST POST ROAD
WHITE PLAINS, NY 10601


LIPPOLIS ELECTRIC INC.
25 SEVENTH STREET
PELHAM, NY 10803


MASTERS EXTERMINATING & PEST CONTROL
10 MINEOLA AVENUE
ROSLYN HEIGHTS, NY 11577


MERCEDES BENZ FINANCIAL
PO BOX 5209
CAROL STREAM, IL 60197


MEYER SUOZZI ENGLISH & KLEIN P
1180 AVE OF AMERICAS
SUITE 1920
NEW YORK, NY 10036


MICHAEL P. D'ALESSIO
265 EAST 66TH STREET
APT. 28F
NEW YORK, NY 10065


MICHAEL P. D'ALESSIO
12 WATER STREET
SUITE 204
WHITE PLAINS, NY 10601
```

MR. JOHN INC.
PO BOX 130
KEASBEY, NJ 08832


NEW PLUMBING & HEATING CORP.
1536 STILLWELL AVENUE
BRONX, NY 10461


NFR/SO
1560 WILLOW DRIVE
EAST MARION, NY 11939


P.S. ELECTRICAL CONTRACTING CORP.
628 WAVERLY AVENUE
MAMARONECK, NY 10543


PITNEY BOWES
P.O. BOX 371887
PITTSBURGH, PA 15250


PLANET WASTE SERVICES INC.
59-12 57TH STREET
MASPETH, NY 11378


PONCE DELEON BANK
2244 WESTCHESTER AVENUE
BRONX, NY 10462


PRO GLASS SOLUTIONS CORP.
53-16 39TH AVENUE
WOODSIDE, NY 11377


R.W. BEHAN CONTRACTING INC.
35 SMITH STREET
BLUE POINT, NY 11715


REGIONAL TESTING CORP.
1150 CLOSE AVENUE
BRONX, NY 10472


ROSENBERG & ESTIS, P.C.
733 THIRD AVENUE
NEW YORK, NY 10017

RUFO A. ARIA CORP.
59 HANCOCK STREET #1
WEST HARRISON, NY 10604


RVB CONSTRUCTION INC.
32 PASADENA PLACE
MOUNT VERNON, NY 10552


S.R. INTERIORS, INC.
1051 MILE SUARE RD.
YONKERS, NY 10704


SLC CONSTRUCTION INC.
79-01 QUEENS BLVD.
ELMHURST, NY 11373


SQUARES HOLDEN WEISENBACHER & SMITH
46 JAGGER LANE
SOUTHAMPTON, NY 11968


TAMARACK COUNTRY CLUB
55 LOCUST RD.
GREENWICH, CT 06831


THE WESTCHESTER BANK
12 WATER STREET
WHITE PLAINS, NY 10601


THYSSEN KRUPP ELEVATOR AMERICAS
519 8TH AVENUE
NEW YORK, NY 10018


TIMES BUILDING PC
85-34 GRAND AVENUE
ELMHURST, NY 11373


TOTAL COMFORT INC.
44 KENOSIA AVENUE
DANBURY, CT 06810


TRILOGIX CONSULTING LLC
500 N. FRANKLIN TPKE
SUITE 216
RAMSEY, NJ 07446

TUCHMAN KORNGOLD WEISS LIEBMAN
  & LINDE


TWOMEY, LATHAM, SHEA, KELLEY, DUBIN & QU
33 WEST SECOND STREET
P.O. BOX 9398
RIVERHEAD, NY 11901


UNITED OVERHEAD DOOR CORP.
21 A SAW MILL RIVER ROAD
YONKERS, NY 10701


UP CONSTRUCTION & RESTORATION INC.
396 KENT AVENUE
LINDENHURST, NY 11757


VAIL ASSOCIATES ARCHITECTS
59 W 94TH STREET
NEW YORK, NY 10025


VIRTUAL SERVICES
NEW YORK, NY 10018


WAYSIDE FENCE CO.
63 THIRD AVENUE
BAY SHORE, NY 11706


WINDOW FIX INC.
335-347 38TH STREET
BROOKLYN, NY 11232


YORKSHIRE STONE INC.
175 MARCUS BLVD.
HAUPPAUGE, NY 11788

# United States Bankruptcy Court
## Southern District of New York

In re  **Michael Paul Enterprises LLC**

Case No.

Debtor(s)

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Michael Paul Enterprises LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 30, 2018**

Date

**/s/ Sanford P. Rosen**

**Sanford P. Rosen (SR-4966)**

Signature of Attorney or Litigant

Counsel for   **Michael Paul Enterprises LLC**

**Rosen & Associates, P.C.**

**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803**
**(212) 223-1100 Fax:(212) 223-1102**
**srosen@rosenpc.com**